

# IN THE
# TENTH COURT OF APPEALS

No. 10-22-00163-CR
No. 10-22-00164-CR

## IN RE DAVID WESLEY COWDEN

**From the 249th District Court
Johnson County, Texas
Trial Court Nos. DC-F202200026 & DC-F202200027**

## Original Proceedings

## MEMORANDUM OPINION

Relator's petitions for writ of mandamus, filed on May 20, 2022, are denied.

STEVE SMITH
Justice

Before Chief Justice Gray,
　　　Justice Johnson,
　　　and Justice Smith
Petitions denied
Opinion delivered and filed July 20, 2022
Do not publish
[OT06]

